UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH TINSLEY,

                    Plaintiff,                              HONORABLE PAUL L. MALONEY

v.                                                         Case No. 1:11-cv-457

BARBARA L. BEASLEY, et al.,

                    Defendants.
_____/

## ORDER OF RECUSAL

        I must recuse myself under 28 U.S.C. § 455(a) from further participation in this case

as I am named as a defendant in this case.  Pursuant to Administrative Order 07-193, this case shall

be assigned to another district judge in accordance with the approved procedure.

        **IT IS SO ORDERED**.


Date:  May 9, 2011                                 /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge